NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-15-0000804
24-FEB-2016
08:04 AM**

NO. CAAP-15-0000804

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

WELLS FARGO BANK, N.A., Trustee Pooling and
Servicing Agreement Dated as of April 1, 2005
Asset-Backed Pass-Through Certificates Series 2005-WHQ2,
Plaintiff-Appellee,
v.
CONSTANCIO A. SUNIGA, JR., and CORAZON MORALES SUNIGA,
Defendants-Appellants,
and
JOHN DOES 1-10, JANE DOES 1-10,
DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10, and DOE GOVERNMENTAL UNITS 1-10,
Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 11-1-0332)

ORDER APPROVING THE FEBRUARY 16, 2016
"STIPULATION FOR DISMISSAL OF APPEAL"
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of

Appeal, filed February 16, 2016, by Plaintiff-Appellee Wells

Fargo Bank, the papers in support, and the record, it appears

that (1) the appeal was docketed on December 28, 2015; (2) the

parties stipulate to dismiss the appeal, pursuant to Hawai'i

Rules of Appellate Procedure Rule 42(b); (3) the stipulation is

dated and signed by counsel for all parties appearing in the appeal; and (4) the parties agree to bear their own costs and attorneys' fees.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed. The parties shall bear their own costs and attorneys' fees.

DATED: Honolulu, Hawaiʻi, February 24, 2016.

Presiding Judge

Associate Judge

Associate Judge